JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY ELECTRIC SUPPLY COMPANY, Florida corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:21-cv-00072 JGB (SHKx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: October 22, 2020<br>Trial Date: None<br>District Judge: Hon. Jesus G. Bernal<br>　　Courtroom 1, Riverside<br>Magistrate Judge: Hon. Shashi H. Kewalramani<br>　　Courtroom 3 or 4, Riverside |

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this entire action shall be dismissed with prejudice. Each party is to bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 27, 2021

Honorable Jesus G. Bernal,
UNITED STATES DISTRICT JUDGE

1

Case No. 5:21-cv-00072 JGB (SHKx)
ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)

46713880_1.docx